NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001053**
**23-JAN-2017**
**12:16 PM**

NO. CAAP-14-0001053

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
TANNER KEAWE AYAU, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-14-050186)

ORDER WITHDRAWING SUMMARY DISPOSITION ORDER
(By: Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.)

The Summary Disposition Order filed on January 20, 2017, is withdrawn. The Court will file a new decision.

DATED: Honolulu, Hawai'i, January 23, 2017.

*Craig H. Nakamura*
Chief Judge

*Lawrence M Reifurth*
Associate Judge

*Lisa M Ginoza*
Associate Judge